# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: La Verne Dixon  
       Debtor(s)

BKY. NO. 12-06948 RNO

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5816

           Respectfully submitted,

           **/s/ Thomas Puleo**  
           Thomas Puleo, Esquire  
           James C. Warmbrodt, Esquire  
           KML Law Group, P.C.  
           701 Market Street, Suite 5000  
           Philadelphia, PA 19106-1532  
           (215) 825-6306  FAX (215) 825-6406  
           Attorney for Movant/Applicant