Certificate Number: 11760-PAM-DE-029924618

Bankruptcy Case Number: 12-06948



11760-PAM-DE-029924618

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 24, 2017, at 12:29 o'clock PM PDT, LaVerne Dixon completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 25, 2017          By: /s/Jennifer L Walter

                                                        Name: Jennifer L Walter

                                                        Title: Teacher